# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | C.R. No. 2:07-302 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DARREN MCCRAY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's *pro se* motion for a reduction of sentence, filed in this court on July 19, 2012. Defendant seeks a reduction of his sentence based on an Amendment to the United States Sentencing Guidelines, namely Amendment 750.

This Amendment reduces the Guidelines range for those sentences involving cocaine base, or "crack" cocaine. Defendant is not eligible for consideration based upon this amendment to the Sentencing Guidelines. Defendant was convicted of and sentenced based on his involvement with powder cocaine only. Therefore, defendant's Guidelines sentencing range, adopted by this court at sentencing, is unaffected by this Amendment.

Defendant's motion is, therefore, **DENIED**.

IT IS SO ORDERED.

David C. Norton
United States District Judge

August 27, 2012
Charleston, South Carolina